IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GLENN E. GROSE                                                                PETITIONER

V.                                                    CIVIL ACTION NO. 3:12CV46-M-S

WARDEN J.J. STREETER, et al.                               RESPONDENT

ORDER OF DISMISSAL

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated July 11, 2013, was on that date duly served by first class mail upon the petitioner and upon the attorneys of record for the respondents; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by the parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is therefore

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 7, 2013 is hereby approved and adopted as the opinion of the Court;

2. The petitioner's motion to amend is granted. Ground Four is removed from the petition;

3. The petitioner's request for stay and abeyance is denied.

4. The respondents' motion to dismiss is moot.

SO ORDERED this the 5th day of August, 2013.

                                               **/s/ MICHAEL P. MILLS**
                                               **CHIEF JUDGE**
                                               **UNITED STATES DISTRICT COURT**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**