3/18/15

To: U.S. District Court
Pro Se Clerk Office
P.O. Box 704
Aberdeen, Ms. 39730

3:12CV46-MPM-DAS

From: Glenn Grose #93456
MCCF
833 West St.
Holly Springs, Ms. 38635

**FILED**
MAR 26 2015
DAVID CREWS, CLERK
BY _____ Deputy

Re: Update on Previous Filed Petition

Dear Clerk;

I am forwarding a request regarding the recent filed amended petition dated on May 16, 2013, where it was filed to amend ground four in the habeas petition. With all due respect, it's been about two (2) years since I've heard anything about the petition, and to avoid future delays of any petitions that may need to be filed in a timely manner, I'm asking the Court to provide me with an update on the petition.

Thank You,
Glenn Grose #93456

## CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via United States Mail, postage pre-paid, a true and correct copy of the above and foregoing Pleading to:

United States Dist. Court Clerk
Pro Se Law Clerk
P.O. Box 704
Aberdeen, Ms. 39730

Attorney General for Mississippi
P.O. Box 220
Jackson, MS 39205

X SO CERTIFIED, this the _18_ day of _March_, 20 _15_.

X _/s/ [signature]_
Petitioner
_93456_
MDOC #
_MCCF 833 west St._
Address
_Holly Springs_
Address

MCCF
Glen Grose #93456 C-1
833 West St
Holly Springs, Ms 38635

MCC/MTC
WARNING
This mail is coming from an inmate at the
Marshall County Correctional Facility
Not Responsible for contents, stamps
Money orders, etc

RECEIVED
MAR 26 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

19 MAR 2015 PM 3 L

To: U.S. District Court
Pro Se Law Clerk

```
     392 N7E 1009414C0003/24/15
NOTIFY SENDER OF NEW ADDRESS
:US DISTRICT COURT
301 W COMMERCE ST # 13
ABERDEEN MS 39730-2520

BC: 39730252001    *0747-01952-19-37
```