Clerk of Court (Northern District
P.O. Box 727
Oxford, MS. 38655

RECEIVED
SEP 12 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Glen Grose 93456
MCCF - D-1
P.O. Box 5188
Holly Springs, MS. 38635

RE: 3:12 CV 46-M-S

Dear Clerk,

This is in regards to the above styled cause. This cause has been in the court for 4 years.

Please inform me as to the status of the above cause. If it has been settled, the decision, or when it could be set for trial.

In the cause of Timothy Jorda USDC No. 3:12-CV105 the fifth district had remaned for a rehearing. The parties are co-defendants in the State case.

USDC No. 3:12-CV105 had been heard and appealed to the fifth district and remanded with 3:12CV46-M-S has not been heard.

Please inform me as to the status and steps needed to advance this cause to trial.

Clerk of Court Northern District

P.O. Box 727

Oxford, MS 38[illegible]

RECEIVED

SEP 12 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

[illegible] 93454

Docket [illegible]

Re: [illegible]

[illegible]

RE: 3 12 cv 46 -M-[illegible]

Dear Clerk

This is in regards to the above entitled cause. This cause has been in this court [illegible] years.

Please inform me as to the status of the above cause. It has been [illegible], the decision or [illegible].

In the cause of Timothy [illegible] No. 3:[illegible]-cv-103 the [illegible] and [illegible] for [illegible]. The parties [illegible] in the State [illegible].

USDC No 3:12-cv-103 has been heard and appealed to the Fifth Circuit [illegible] remanded to 3:12-cv-46-M-S has not been heard.

Please inform me as to the status [illegible] for trial.

Thank you for your help and time in this matter. Enclosed please find a SASE. I wait your reply

#93456

Sincerely

[signature]

MCCF
Glen Grose # 93456 D-1
833 West Street
Holly Spring Ms
38635-1412

MEMPHIS TN 380
08 SEP 2016 PM 5 L

FOREVER
USA

MCCF/MTC
WARNING
This mail is coming from an inmate at the
Marshall County Correctional Facility
Not Responsible for contents, stamps
Money orders, etc

Federal Building Rm 369
911 Jackson Ave
oxford Ms 38655

38655-363299