# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**GLENN E. GROSE,**                                            **PETITIONER**

**v.**                                    **No. 3:12CV46-MPM-DAS**

**WARDEN J.J. STREETER, ET AL.**                        **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 19th day of September, 2016.

                                               **/s/ MICHAEL P. MILLS**
                                               **UNITED STATES DISTRICT JUDGE**
                                              **NORTHERN DISTRICT OF MISSISSIPPI**